/6/66

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

RECEIVED
05 SEP 19 PM 3:49   SEP 2 03 PM '05
PORTLAND, OREGON
FILED '05 SEP 27 15:28 USDC-ORE

UNITED STATES OF AMERICA

V.

SUMMONS IN A CRIMINAL CASE

Todd David Mehl
61577 Tam McArthur Loop
Bend, OR 97702

8 26 01

6265 MAJORCA CIRCLE
LONG BEACH, CA 90803

7:49!
405(5)
studebaker(6)
Coynes (UT)
LAGUNA UT

Case Number: CR03-60101

YOU ARE HEREBY SUMMONED to appear before the United States District court at the place, date and time set forth below.

YJG 053

| Place | United States Courthouse<br>211 E 7th<br>Eugene, OR 97401 | Room |  |
|---|---|---|---|
|  |  | Courtroom |  |
| Before: | The Honorable Ann Aiken | Date & Time<br>September 14, 2005<br>10:45 a.m. | |

To answer to a(n)
__ Indictment __ Information __ Complaint _XX_ Violation Notice __ Probation Violation Petition

charging you with a violation of Title __18__ United States Code, Section(s) __3142__

Brief description of the offense:

Defendant failed to report as directed.
Defendant failed to provide all financial documentation as requested by Pretrial Services

Donald Cinammond
Clerk of Court

_S. [signature]_                                   _8/23/05_
Signature of Issuing Officer                       Date

By Name and Title of Issuing Officer

9/13/05 @ 1:15p No Answer, Name on mailbox is Cisco & Carol & Mehl. RT

9/13/05 4:30p Per Father David. Todd in N.M. en route to Oregon to face these above charges. RT 16/0

## RETURN OF SERVICE

| Service was made by me on:[1] | Date: |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at: _____

_____

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: _____

☒ Returned unexecuted: Subj. in NY, N.Y., per father David Mehl & en route to Oregon to face these charges.

_____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  UNEXECUTED  9/13/05
        Date

Adam N. Torres
Name of United States Marshal

_____ #1610
(by) Deputy United States Marshal

Remarks:

1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.